IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD DEPESTRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WADDELL & REED | : | NO. 02-3996 |

## **O R D E R**

AND NOW, this 3rd day of July, 2002, it is Ordered that a hearing on plaintiff's motion to remand (doc. no. 2) is scheduled for **July 17, 2002 at 4:00 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 12A, 12th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                          or     BY THE COURT


BY:_____       _____
Deputy Clerk                                Judge

C.V. 12 (4/99)

xc: Phillip H. Baer, Esq.
    Hope S. Freiwald, Esq.