```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GERALD DE PESTRE,                  :        CIVIL ACTION
                                   :
         v.                        :
                                   :
WADDELL & REED,                    :        NO. 02-3996
```

### **O R D E R**

AND NOW, this **17th** day of **July 2002,** it is Ordered the the Hearing and Initial Pretrial Conference scheduled on July 17, 2002 is **RESCHEDULED** on **August 1, 2002 at 2:00 p.m.**

```
   ATTEST:                          or    BY THE COURT


   BY:_____           _____
   Deputy Clerk                             Judge
```

C.V. 12 (4/99)

Phillip Baer, Esq.
Hope Freiwald, Esq.