| | |
|---|---|
| COMEAU & BUNKER<br>By: LORRAINE J. ZWOLAK, Esquire<br>Attorney I.D.#: 44048<br>One Liberty Place, 7th Floor<br>1650 Market Street<br>Philadelphia, PA 19103-7301<br>(215) 814-6180 | Attorney for Defendant,<br>Waddell & Reed |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

GERALD DEPESTRE

       Plaintiff

  v.                            No. 02-CV-3996

WADDELL & REED

       Defendant

---

### ENTRY OF APPEARANCE AS CO-COUNSEL AND DEMAND FOR JURY TRIAL

TO THE COURT:

    Kindly enter my appearance as co-counsel on behalf of the Defendant, Waddell & Reed, in the above-entitled matter, only.

    Kindly demand a jury trial on behalf of the above-named Defendant.

                                      COMEAU & BUNKER
                                      BY: LORRAINE J. ZWOLAK

                                      _____
                                      Attorney for Defendant, Waddell & Reed

# COMEAU & BUNKER

ONE LIBERTY PLACE - 7TH FLOOR
1650 MARKET STREET
PHILADELPHIA, PA  19103-7301
(215) 814-6180
FAX (215) 569-0284

CAROL J. COMEAU
Direct Dial (215) 814-6181

ALLEN R. BUNKER
Direct Dial (215) 814-6186

GREG A. RAY
Direct Dial (215) 814-6185

LORRAINE J. ZWOLAK
Direct Dial (215) 814-6184

Paralegal
MARIANNE M. CLARK
Direct Dial (215) 814-6188

July 30, 2002

Phillip H. Baer, Esquire
Phillip H. Baer, Ltd.
1515 Market Street
19th Floor
Philadelphia, PA  19102

RE:   DePestre v. Waddell & Reed
      Our file:  02069-LJZ

Dear Mr. Baer:

Enclosed is the undersigned's Entry of Appearance as Co-Counsel on behalf of Defendant, Waddell & Reed, in the above-captioned matter.  The original of this pleading has been filed with the Court under separate cover this date.

Thank you for your attention.

Sincerely,

LORRAINE J. ZWOLAK

LJZ:dms
Enclosure

cc:  Hope S. Freiwald, Esquire (w/encls.)

# COMEAU & BUNKER

ONE LIBERTY PLACE - 7TH FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103-7301
(215) 814-6180
FAX (215) 569-0284

CAROL J. COMEAU
Direct Dial (215) 814-6181

ALLEN R. BUNKER
Direct Dial (215) 814-6186

GREG A. RAY
Direct Dial (215) 814-6185

LORRAINE J. ZWOLAK
Direct Dial (215) 814-6184

<u>Paralegal</u>
MARIANNE M. CLARK
Direct Dial (215) 814-6188

July 30, 2002

The Honorable Eduardo C. Robreno
U.S. District Court for the Eastern
 District of PA
601 Market Street – Room 7614
Philadelphia, PA  19106

RE:   <u>DePestre v. Waddell & Reed</u>
      Docket Number:
      Our File:  02069-LJZ

Dear Judge Robreno:

I am enclosing Defendant's Initial Pretrial Conference Status Report.

Thank you for your attention in this regard.

                                      Respectfully,

                                      LORRAINE J. ZWOLAK

LJZ:dms
Enclosures

cc:   Phillip H. Baer, Esquire (w/encls.)
      Hope S. Freiwald, Esquire (w/encls.)

Case 2:02-cv-03996-ER    Document 9    Filed 07/30/2002    Page 4 of 9

Phillip H. Baer, Esquire
Phillip H. Baer, Ltd.
1515 Market Street
19th Floor
Philadelphia, PA  19102

**<u>VIA HAND-DELIVERY</u>**

The Honorable Eduardo C. Robreno
U.S. District Court for the Eastern
 District of PA
601 Market Street – Room 7614
Philadelphia, PA  19106

Lorraine J. Zwolak
Comeau & Bunker
One Liberty Place, 7th Floor
1650 Market Street
Philadelphia, PA 19103-7301