```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD DEPESTRE,             :   CIVIL ACTION
                             :   NO. 02-3996
     Plaintiff,              :
                             :
     v.                      :
                             :
WADDELL & REED,              :
                             :
     Defendant.              :
```

## SCHEDULING ORDER

**AND NOW**, this **1st** day of **August, 2002,** following a pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

1. Self-executing disclosure shall be completed by **August 13, 2002.**

2. The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and plaintiff's counsel shall submit a proposed discovery plan to the court by **August 23, 2002.**

3. A telephone conference is **SCHEDULED** for **Wednesday, September 4, 2002** at **9:00 a.m.**  Counsel for plaintiff shall initiate the call to chambers (215-597-4073) once all parties are on the line.

**AND IT IS SO ORDERED.**

                                            **EDUARDO C. ROBRENO,        J.**