IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD DEPESTRE, | : | CIVIL ACTION NO. 02-CV-3996 |
| Plaintiff, | : | |
| v. | : | |
| WADDELL & REED, | : | |
| Defendant. | : | |

**AMENDMENT TO NOTICE OF REMOVAL**

Pursuant to this Court's order dated August 1, 2002, defendant Waddell & Reed, Inc., (sued as "Waddell & Reed"), by and through its undersigned counsel, hereby amends its Notice of Removal solely in respect to ¶3.b, which shall now read:

Contrary to the allegations of plaintiff's Complaint, the Pennsylvania address provided for Waddell & Reed is merely that of a branch office. Waddell & Reed is incorporated under the laws of the State of Delaware, with its principal place of business in the State of Kansas. Thus, complete diversity exists between plaintiff and Waddell & Reed.

Respectfully Submitted,

_____
Hope S. Freiwald
Attorney I.D. No. 60187
DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103
(215) 994-4000
Co-Counsel for Defendant
Waddell & Reed

Dated:  August 8, 2002

782491.2.50 08/19/02 3:50 PM

## CERTIFICATE OF SERVICE

I, Hope S. Freiwald, hereby certify that I caused to be served on August 8, 2002, a true and correct copy of the Amendment to Notice of Removal by U.S. mail delivery upon the following:

| PHILLIP H. BAER, LTD.<br>Phillip H. Baer, Esquire<br>1515 Market Street, 19th Floor<br>Philadelphia, PA 19102<br><br>Attorney for Plaintiff | COMEAU & BUNKER<br>Lorraine J. Zwolak, Esquire<br>One Liberty Place, 7th Floor<br>1650 Market St.<br>Philadelphia, PA 19103-7301<br><br>Co-Counsel for Defendant |
|---|---|

Hope S. Freiwald